[No. 11313-2-III.   Division Three.   October 29, 1991.]

*In the Matter of the Marriage of* JOHN ROY HAUGH, *Appellant*, and FLORENCE ASHLEY FOCHT, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 84-3-00491-4, John E. Bridges, J., entered November 3, 1990. *Dismissed* by unpublished opinion per Thompson, J., concurred in by Munson, J., and Hanson, J. Pro Tem.

[No. 13557-4-II.   Division Two.   October 30, 1991.]

SCOTT L. HAVSY, ET AL, *Appellants*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-00724-5, Waldo F. Stone, J., entered January 12, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 13616-3-II.   Division Two.   October 31, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. TWILA HUNTER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-03463-0, Robert H. Peterson, J., entered January 17, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Morgan, J.